# PROCEEDING MEMO

**Date: 10/05/2023 01:30 pm**

**In re:   Robert Arenth**

                                         **Bankruptcy No. 22-22127-CMB**
                                         **Chapter: 13**
                                         **Doc. # 36**

**Appearances:  Ronda Winnecour, Denise Carlon, Lawrence W. Willis**

**Nature of Proceeding: #36 Motion of US Bank Trust National Association for Relief from the Automatic Stay**

**Additional Pleadings:  #39 CNO**

**OUTCOME: Hearing held. Motion granted. Order entered. Case dismissed without prejudice.**

                                         **Carlota Böhm**
                                         **U.S. Bankruptcy Judge**

FILED
10/6/23 8:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA